UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

COLUMBUS CENTRAL OHIO
BUILDING AND CONSTRUCTION
TRADES COUNCIL, AFL-CIO,

    Plaintiff,

  v.

COLUMBUS REGIONAL
AIRPORT AUTHORITY, *et al.*,

    Defendants.

Case No. 2:24-cv-4230
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on Defendants' Motion to Dismiss for Lack of Jurisdiction. (ECF No. 11.) Soon after Defendants filed the Motion to Dismiss, Plaintiff filed an Amended Complaint. (ECF No. 13.)

Amended complaints supersede the original pleadings and render pending motions to dismiss the original complaint moot. *Green v. Mason*, 504 F. Supp. 3d 813, 826 (S.D. Ohio 2020) (Cole, J.) (citing *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir.2000) (holding that the amended complaint supersedes all previous complaints and becomes the operative pleading). Arguments raised by Defendants in the Motion to Dismiss will more appropriately be resolved through a subsequent motion to dismiss or motion for judgment on the pleadings regarding the operative Amended Complaint. Accordingly, Defendants' Motion to Dismiss the original complaint (ECF No. 11) is **DENIED as MOOT**.

This case remains open.

    **IT IS SO ORDERED.**

1/27/2025
DATE

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE